UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ACOUSTIC DEVELOPMENT, LLC, and PHIL JONES, <br>     Plaintiffs, <br><br> vs. <br><br> SRAJAN EBAEN, <br>     Defendant. | Case No. 4:05CV1480 HEA |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Stipulation Regarding Amount in Controversy, [Doc. No. 9]. On December 5, 2005, the Court conditionally granted plaintiff's Motion to Remand, [# 6]. Plaintiffs were ordered to file a stipulation regarding the amount in controversy in this matter. Plaintiffs have now filed a stipulation wherein they state that they will not seek nor will they collect damages in an amount in excess of $75,000.

Accordingly, pursuant to the Order of December 5, 2005 and this stipulation,

**IT IS HEREBY ORDERED** that this matter is remanded to the Circuit Court for the County of St. Louis, Missouri

Dated this 31st day of July, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE